Stephen J. Thomas – Bar No. 120751
Tim C. Lin – Bar No. 263885
THE THOMAS LAW GROUP
17800 Castleton Street, Suite 605
City of Industry, CA 91748
Telephone: (626) 771-1005
Facsimile: (626) 628-1905
sjt@corporatefirm.com
tlin@corporatefirm.com
*Attorneys for Defendant*

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOOP LLC, an Arizona limited liability company,<br><br>              Plaintiff,<br><br>vs.<br><br>USK INTERNATIONAL, INC., dba CHAMPION BALL COMPANY, BLACK AND WHITE CORPORATIONS A through Z, and DOES I through X,<br><br>              Defendants. | Case No. CV 11-1951 ODW(MANx)<br><br>Honorable Otis D. Wright II<br><br>**JUDGMENT AFTER TRIAL BY JURY** |

This action came on regularly for trial on December 18, 2012 and December 19, 2012 in Courtroom "11" of the United States District Court for the Central District of California before the Honorable Otis D. Wright, United States District Court Judge. Plaintiff TOOP LLC was represented by Jack Klausner and Peter Foster. Defendant was represented by Stephen J. Thomas and Tim C. Lin.

A jury of eight (8) persons were regularly empaneled and sworn. Witnesses were sworn and testified and documentary evidence was introduced and admitted into evidence. After hearing the evidence and arguments of counsel, the jury deliberated and thereafter returned to the court with their unanimous verdict as follows, to-wit:

## **JURY VERDICT**

We, the Jury, find as follows:

1. On Plaintiff's claim that Defendant breached its contract with Plaintiff to manufacture and deliver 24,000 size two custom soccer balls and 8,000 size five custom soccer balls by June 7, 2010, we find in favor of <u>Defendant</u> (write "Plaintiff" or "Defendant").

2. On Plaintiff's claim that Defendant breached its contract with Plaintiff to manufacture and deliver 250 size five "Yellow Cab" custom soccer balls by June 1, 2010, we find in favor of <u>Defendant</u> (write "Plaintiff" or "Defendant").

3. On Plaintiff's claim that Defendant breached its contract with Plaintiff to manufacture and deliver 500 size five "SADAF" custom soccer balls by June 1, 2010, we find in favor of <u>Defendant</u> (write "Plaintiff" or "Defendant").

We find that Plaintiff has incurred the following damages as a result of Defendant's breach:

    a. Past loss, including lost profits to the soccer balls:   $<u>    0    </u>

    b. Damage to Plaintiff's business reputation:   $<u>    0    </u>

    TOTAL   $<u>    0    </u>

_____/s/_____

Presiding Juror

Dated: <u>12-19-12</u>

**JUDGMENT**

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. That judgment be, and hereby is, entered in favor of the Defendant and against the Plaintiff;

2. That the Plaintiff shall take nothing;

3. That Defendant is the prevailing party and to recover its costs of suit herein.

Dated: January 31, 2013            _____
                                   Honorable Otis D. Wright II